# United States District Court
## Southern District of Georgia

Marquel Maurice Williams,

                                              JUDGMENT IN A CIVIL CASE

v.

                                              CASE NUMBER: CV419-10, CR611-11

United States of America,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 4/17/19, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered denying the Writ of Habeas Corpus and denying Petitioner's Motion for leave to proceed In Forma Pauperis. This case stands closed.



| 4/17/19 | Scott L. Poff |
|---|---|
| Date | Clerk |

                                                                                                  (By) Deputy Clerk